WRIGHT, FINLAY & ZAK
Dana Jonathon Nitz, Esq.
Nevada Bar No. 50
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
*Attorney for Plaintiff, Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> LVDG, LLC; ALESSI & KOENIG, LLC; SUTTER CREEK HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-01636-RCJ-CWH <br><br> **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff, Nationstar Mortgage LLC ("Plaintiff"), by and through its attorney of record of the law firm of Wright, Finlay & Zak, LLP, hereby give notice that Christopher S. Connell, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP. Wright, Finlay & Zak, LLP, will continue to represent Defendant and request that Dana Jonathon Nitz, Esq. receive all future notices.

DATED this 27 day of February, 2017.

WRIGHT FINLAY & ZAK, LLP

/s/ Dana Jonathon Nitz
Dana Jonathon Nitz, Esq.
Nevada Bar No. 50
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorney for Plaintiff, Nationstar Mortgage LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that service of the foregoing **NOTICE OF DISASSOCIATION AND WITHDRAW OF COUNSEL** was made on the 24 day of February, 2017 to all parties identified on the electronic notification system CM/ECF.

                                                       /s/Sara Aslinger
                                   An Employee of WRIGHT, FINLAY & ZAK, LLP

IT IS SO ORDERED.

DATED: February 27, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE