ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**LVDG, LLC [SERIES 143]**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

NATIONSTAR MORTGAGE, LLC,

    Plaintiff,

vs.

LVDG, LLC; ALESSI & KOENIG, LLC; SUTTER CREEK HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive,

    Defendant.

Case No. 2:15-cv-01636-RCJ-CWH

**STIPULATION TO SUBSTITUTE PARTIES**

    COMES NOW Defendant, LVDG, LLC (*"LVDG"*); Plaintiff, NATIONSTAR MORTGAGE, LLC (*"Nationstar"*); and proposed Defendant, AIRMOTIVE INVESTMENTS, LLC (*"Airmotive"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

    1.    On August 25, 2015, Nationstar filed this action seeking various relief related to a deed of trust recorded against real property commonly known as 3261 Sutters Fort, North Las Vegas, Nevada 89032 (*"the "Property"*) and a homeowners association lien foreclosure sale related thereto.

2. LVDG presented the prevailing bid at the HOA's foreclosure sale and thereby acquired title to the Property.

3. At the time the Plaintiff filed this action, LVDG was the record title holder of the Property.

4. LVDG subsequently transferred and conveyed its interest in the Property to Airmotive on or about February 1, 2017, by way of a Grant Deed recorded in the office of the Clark County Recorder on February 9, 2017, as Instrument No. 20170209:00318

5. Airmotive is currently the record title holder of the Property.

6. LVDG no longer claims any right, title or interest in the Property.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

3261 Sutters Fort

7. Airmotive shall be substituted as a defendant in this action as the real party in interest in the place and stead of LVDG.  LVDG shall be dismissed from this action without prejudice.  All claims and defenses asserted by and against LVDG in this action shall be deemed to equally apply to Airmotive and the case caption shall be appropriately amended.

Dated this ___10th___ day of September, 2019.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
| /s/ *Timothy E. Rhoda*<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>***Attorney for Defendant LVDG, LLC [Series 143] and Airmotive Investments, LLC*** | /s/ *Jared M. Sechrist*<br>JARED M SECHRIST, ESQ.<br>Nevada Bar No. 10439<br>1635 Village Center Cir., Suite 200<br>Las Vegas, NV 89134<br>(702)634-5005<br>(702) 380-8572 (fax)<br>jared.sechrist@akerman.com<br>***Attorney for Plaintiff Nationstar Mortgage LLC*** |

**IT IS SO ORDERED.**

By: _____
 Judge, U.S. District Court

Dated: ___September 20, 2019.

3261 Sutters Fort