# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATIONSTAR MORTGAGE LLC,

    Plaintiff(s),

v.

LVDG, LLC, et al.,

    Defendant(s).

Case No.: 2:15-cv-01636-RCJ-NJK

**Order**

[Docket No. 77]

Pending before the Court is a stipulation to amend the complaint. Docket No. 77. That stipulation provides a procedural history of the case, but does not actually explain why it is that Plaintiff is seeking to amend the complaint or what will be gained by doing so. *See id*. Accordingly, the stipulation is **DENIED** without prejudice. Any renewed request to amend must be filed by November 12, 2019.

IT IS SO ORDERED.

Dated: November 5, 2019

                                            Nancy J. Koppe
                                            United States Magistrate Judge