MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LVDG, LLC; ALESSI & KOENIG, LLC; SUTTER CREEK HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I through X, inclusive; ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01636-RCJ-~~DJA~~ NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Pursuant to LR 1A 10.6(e), Rex D. Garner, Esq. hereby moves this Court for an Order removing the following attorney from the court's electronic service notification list in the above-captioned case:

- Attorney Jared M. Sechrist is no longer associated with the law firm of Akerman, LLP.
- Attorney Thera A. Cooper is no longer associated with the law firm of Akerman, LLP.

///

///

1

50657670;1

Akerman LLP continues to serve as counsel for Nationstar Mortgage LLC. All future correspondence and papers in this action should continue to be directed to Akerman LLP, Melanie D. Morgan and Rex D. Garner.

DATED this 1st day of November, 2019.

**AKERMAN LLP**

*/s/ Rex D. Garner*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Nationstar Mortgage LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 5, 2019