| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050 |
| 3 | 7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117 |
| 4 | (702) 475-7964; Fax: (702) 946-1345 |
| 5 | dnitz@wrightlegal.net |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No.: 2:15-cv-01636-RCJ-NJK |
| Plaintiff, | **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |
| vs. | |
| LVDG, LLC; ALESSI & KOENIG, LLC; SUTTER CREEK HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that Wright, Finlay & Zak, LLP no longer represents Plaintiff, Nationstar Mortgage, LLC in the instant case. Therefore, it is no longer necessary that Dana Jonathon Nitz, Esq., Edgar C. Smith, Esq., and Jamie Scott Hendrickson, Esq. receive CM/ECF notice. Akerman, LLP will remain counsel of record and should continue to receive notices related to this case.

DATED November 5, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Dana Jonathon Nitz, Esq.*

Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117

IT IS SO ORDERED.
Dated: November 6, 2019
.
.
.

_____
Nancy J. Koppe
United States Magistrate Judge

Page 1 of 2