# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br>    Plaintiff(s),<br>v.<br>LVDG, LLC, et al.,<br>    Defendant(s). | Case No.: 2:15-cv-01636-RCJ-NJK<br>**Order**<br>[Docket No. 89] |

Pending before the Court is a joint motion to amend the complaint. Docket No. 89. That joint motion seeks to, *inter alia*, revive the Defendant HOA as a party to this case. *See id.* at 3. Given that Defendant Alessi & Koenig is named in the proposed amended complaint, it appears the movants are also seeking to revive it as a party to the case. Any response to the joint motion must be filed by November 14, 2019, and any reply must be filed by November 15, 2019.

IT IS SO ORDERED.

Dated: November 12, 2019

                                                                Nancy J. Koppe<br>
                                                               United States Magistrate Judge