**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>AIRMOTIVE INVESTMENTS, LLC; ALESSI & KOENIG, LLC; SUTTER CREEK HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive,<br><br>         Defendants. | Case No.:  2:15-cv-01636-RCJ-NJK<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1, Nationstar Mortgage, LLC ("Nationstar"), Airmotive Investments, LLC ("Airmotive"), and Sutter Creek Homeowners Association ("Sutter") stipulate as follows:

    1.    On November 15, 2019, Nationstar filed an amended complaint against LVDG, LLC, Alessi & Koenig, LLC ("Alessi"), and Sutter. [ECF No. 95].

    2.    On September 10, 2019, Nationstar and LVDG stipulated to substitute Airmotive Investments, LLC for LVDG, [ECF No. 71], and an order granting the stipulation to substitute was entered on September 20, 2019 [ECF No. 74].

1

3.     Alessi was served on November 19, 2019, [ECF No. 102], but never answered the amended complaint or otherwise re-appeared in this action.

4.     The parties stipulate to dismiss this entire action, with prejudice, including all claims against Alessi, with each party bearing their own attorney's fees and costs.

| Dated April 15, 2020.<br><br>HALL JAFFE & CLAYTON, LLP<br><br>By:   /s/Ashlie L. Surur<br>Michael R. Hall, Esq.<br>Nevada Bar No. 5978<br>Ashlie L. Surur, Esq.<br>Nevada Bar No.11290<br>425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Sutter Creek Homeowners Association* | Dated April 15, 2020.<br><br>AKERMAN LLP<br><br>By: /s/ Rex D. Garner<br>Melanie D. Morgan, Esq.<br>Nevada Bar No. 8215<br>Rex D. Garner, Esq.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Nationstar Mortgage, LLC* |
|---|---|
| Dated: April 15, 2020.<br><br>ROGER R. CROTEAU & ASSOCIATES, LTD.<br><br><br>By: /s/ Timothy E. Rhoda<br>Roger P. Croteau, Esq.<br>Nevada Bar No. 4958<br>Timothy E. Rhoda, Esq.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>*Attorneys for Airmotive Investments, LLC* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 17, 2020